

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LELAND NAPOLEON JONES,

    Plaintiff,

v.   CASE NO. CV412-013

SAVANNAH CHATHAM METROPOLITAN
POLICE DEPARTMENT, CHIEF WILLIE
C. LOVETT, JASON CAREY, LLOYD F.
SMALL, DENNIS MALOTT, KENNETH
WHITCOMB, MARY CHALMERS, KRISTINA
COSTA, LARRY CHISOLM, CHRISTINA
S. BARKER, MICHAEL EDWARDS, JUNE
E. FOGLE, TODD MARTIN, JERON
YOUNG, and ANDREW OSTEEN,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Docs. 12, 13). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ⁿᵈ day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA