FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR -2 PM 4: 10

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LELAND NAPOLEON JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAVANNAH CHATHAM METROPOLITAN )<br>POLICE DEPARTMENT, CHIEF WILLIE )<br>C. LOVETT, JASON CAREY, LLOYD F. )<br>SMALL, DENNIS MALOTT, KENNETH )<br>WHITCOMB, MARY CHALMERS, KRISTINA )<br>COSTA, LARRY CHISOLM, CHRISTINA )<br>S. BARKER, MICHAEL EDWARDS, JUNE )<br>E. FOGLE, TODD MARTIN, JERON )<br>YOUNG, and ANDREW OSTEEN, )<br>)<br>Defendants. )<br>) | CASE NO. CV412-013 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Docs. 12, 13). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ⁿᵈ day of April 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA